1  Ignacio J. Hiraldo (State Bar No. 354826)
2  IJH LAW
3  1100 Town & Country Road Suite 1250
   Orange, CA 92868
4  E: ijhiraldo@ijhlaw.com
   T: 657.200.1403
5  Counsel for Plaintiff and Proposed Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CUEVAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P.,<br><br>Defendant. | Case No.: 5:25-cv-00336-SP<br><br>**JOINT NOTICE OF SETTLEMENT** |

    The Parties hereby give notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

    Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: June 5, 2025

Respectfully submitted,

| **IJH LAW**<br><br>By: */s/ Ignacio Hiraldo*<br><br>Ignacio J. Hiraldo<br>State Bar No. 354826<br>1100 Town & Country Road<br>Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403<br><br>*Counsel for Plaintiff* | */s/ Alex Terepka*<br><br>Alex Terepka (CA Bar No. 288243)<br><br>alex@wtlaw.com<br><br>WATSTEIN TEREPKA LLP<br><br>515 South Flower Street 19th Floor<br><br>Los Angeles, California 90071<br><br>Telephone: (213) 839-3317<br><br>Attorney for Defendant Best Buy Stores, L.P. |
|---|---|