Ignacio J. Hiraldo (State Bar No. 354826)
IJH LAW
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403
Counsel for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MELISSA CUEVAS, individually and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>BEST BUY STORES, L.P.,<br><br>                              Defendant. | Case No. 5:25-cv-00336-SP<br><br>**STIPULATION OF DISMISSAL** |

    Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

    Plaintiff's claims are dismissed with prejudice and the claims of the unnamed putative class members are dismissed without prejudice.

Dated: July 28, 2025

Respectfully submitted,

By: /s/ Ignacio J. Hiraldo
Ignacio J. Hiraldo, Esq. (SBN 354826)
IJH Law
1100 Town and Country Road, Ste. 1250
Orange, CA 92868
Tel: 657.200.1403
Email: ijhiralso@ijhlaw.com

By: /s/ Alex Terepka
Alex Terepka (CA Bar No. 288243)
WATSTEIN TEREPKA LLP
515 South Flower Street 19th Floor
Los Angeles, CA 90071
Telephone: (213) 839-3317
Email: alex@wtlaw.com

*Counsel for Plaintiff and Proposed Class*     *Counsel for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that counsel for Defendant concurs in the content of this filing and has authorized this filing.

Dated: July 28, 2025

**IJH LAW**

*By: /s/ Ignacio Hiraldo*
Ignacio J. Hiraldo
State Bar No. 354826
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per Civil Local Rule 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed July 28, 2025.


**IJH LAW**

*By: /s/ Ignacio Hiraldo*
Ignacio J. Hiraldo
State Bar No. 354826
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*